## INITIAL CONFERENCE QUESTIONNAIRE

1. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: __2/4/11__

2. If additional interrogatories beyond the 25 permitted under the federal rules are needed, the maximum number of: plaintiff(s) __0__ and defendant(s) __0__

3. Number of depositions by plaintiff(s) of: parties __2__ non-parties __4__

4. Number of depositions by defendant(s) of: parties __1__ non-parties __1__

5. Date for completion of factual discovery: __7/29/11__

6. Number of expert witnesses of plaintiff(s): ___ medical ___ non-medical
   Date for expert report(s): __N/A__

7. Number of expert witnesses of defendant(s): ___ medical ___ non-medical
   Date for expert report(s): __N/A__

8. Date for completion of expert discovery: __N/A__

9. Time for amendment of the pleadings by plaintiff(s) __3/25/11__ or by defendant(s) __3/25/11__

10. Number of proposed additional parties to be joined by plaintiff(s) __4__ and by defendant(s) __0__ and time for completion of joinder: __3/25/11__

11. Types of contemplated dispositive motions: plaintiff(s): __N/A__
    defendant(s): __SJ__

12. Dates for filing contemplated dispositive motions: plaintiff(s): __N/A__
    defendant(s): __8/31/11__

13. Have counsel reached any agreements regarding electronic discovery? If so, please describe at the initial conference. __N/A__

14. Have counsel reached any agreements regarding disclosure of experts' work papers (including drafts) and communications with experts? If so, please describe at the initial conference. __N/A__

15. Will the parties *consent to trial before a magistrate judge pursuant to 28 U.S.C. §636(c)? (Answer no if any party declines to consent without indicating which party has declined.)
    Yes ___ No __X__

---

* The fillable consent form may be found at http://www.nyed.uscourts.gov/General_Information/Court_Forms/court_forms.html and may be filed electronically upon completion prior to the initial conference, or, brought to the initial conference and presented to the Court for processing.